UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 13-61022-CIV-DIMITROULEAS/Snow

MALIBU MEDIA, LLC,

                    Plaintiff,

vs.

JOHN DOE subscriber assigned IP           DEFENDANT, JOHN DOE'S
address 174.48.171.41,                       MOTION TO QUASH
                                        <u>PLAINTIFF'S SUBPOENA</u>

                    Defendant.

_____/

      Defendant, JOHN DOE, subscriber assigned IP address 174.48.171.41, referred

to as "Defendant", by and through his undersigned attorney, pursuant to Fed.R.Civ.P.

45(c) moves to Quash Plaintiff's Subpoena and for grounds states as follows:

      1.  This is an action brought by Plaintiff against Defendant, JOHN DOE, for

copyright infringement.

      2.  On or about May 5, 2013, Plaintiff filed its Motion for Leave to File a Third

Party Subpoena Prior to a Rule 26(f) Conference (DE 5).  The Subpoena was to be

served upon Comcast Cable Holdings, LLC, the alleged Internet Service Provider (ISP)

for Defendant, seeking to learn the identity of Defendant.

      3.  On May 14, 2013, the Court entered its Order (DE 13) which allowed issuance

of a Third Party Subpoena narrowly limiting the scope of such Subpoena to

"…commanding the ISP to provide Plaintiff with a true name, address, telephone number and email address of the Defendant…"

4.  On May 14, 2013, Plaintiff's attorney issued to said ISP a Subpoena commanding it to produce "…documents identifying the name, address and telephone number of the defendant John Does…" (See copy of Subpoena attached as Exhibit 1).

5.  By commanding the ISP to produce "documents" identifying the name, address, and phone number of Defendant, the subpoena exceeds the scope of the information it was entitled to Subpoena under the Court Order (DE13) as the Court did not permit disclosure of the "documents" as well as the identifying information.  Such documents can reasonably be expected to contain confidential commercial information about Defendant along with the identifying information.

## MEMORANDUM OF LAW

The name, address and phone number of John Doe may appear on numerous documents in the possession of the ISP, Comcast Cable Holdings, LLC, including contracts, bills, letters, notices, privacy agreements, and other writings between the ISP and Defendant.  Production of these "documents" is arguably commanded by the plain language of the Subpoena.  As such, the Subpoena exceeds the discoverable information allowed by the Court Order (DE13) and may result in the disclosure of confidential commercial information subjecting the Subpoena to being quashed pursuant to Fed.R.Civ.P. 45(c)(3)(B).

In addition, Fed.R.Civ.P. 45(c)(1) provides that a party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue

burden or expense on the person subject to the subpoena.  It is certainly an undue burden and expense to Comcast Cable Holdings, LLC to be required to produce the documents such as above-described which identify the name, address and phone number of the Defendant but also include confidential commercial information as well.

Should the Court quash the subject Subpoena but allow leave for Plaintiff to amend its Subpoena, Defendant requests that the Court prohibit Plaintiff from publicly disclosing Defendant's personal identifying information and providing that Plaintiff only use the information disclosed for the purpose of protecting and enforcing Plaintiff's rights as set forth in its Complaint.  Malibu Media LLC v. John Doe subscriber assigned IP address 174.48.229.234, (S.D.Fla Civ action No. 0:13-10100-civ-King/McAliley) (DE9).

Pursuant to Local Rule 7.1(a)(3)(A), I hereby certify that counsel for the movant has conferred with counsel for Plaintiff in a good faith effort to resolve the issues but has been unable to resolve the issues.

WHEREFORE, Defendant moves for entry of an Order granting his Motion to Quash Subpoena.

Respectfully submitted,

s/ Robert M. Bulfin
Robert M. Bulfin, Esq.
Fla. Bar No. 224030
bobbulfin@earthlink.net
Robert M.  Bulfin, P.A.
P.O. Box 24802
Fort Lauderdale, FL 33307
Phone: (954) 565-6002
Attorney for Defendant

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 16th day of July, *2013*, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day to all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

<u>*s/ Robert M.  Bulfin*</u>
Robert M. Bulfin, Esq.
Fla. Bar No.  224030
Attorney for Defendants

<u>**SERVICE LIST**</u>

**CIVIL ACTION NUMBER: 13-61022-CIV-DIMITROULEAS/Snow**
**United States District Court, Southern District of Florida**
**Malibu Media LLC v. John Doe subscriber**
**assigned IP address 174.48.171.41**

Michael Keith Lipscomb, Esq.
Lipscomb, Eisenberg & Baker, P.L.
One Biscayne Tower
2 South Biscayne Boulevard, PH 3800
Miami, FL  33131
Telephone:  786-431-2228
Fascimile:  786-431-2231
Email: Klipscomb@lbefirm.com
Attorney for Plaintiff

Robert M.  Bulfin, Esq.
Robert M. Bulfin, P.A.
Post Office Box 24802
Fort Lauderdale, FL 33307
Telephone:  (954) 565-6002
Facsimile:   (954) 565-0657
Email: bobbulfin@earthlink.net
Attorney for Defendants, John Doe subscriber
assigned IP address 174.48.171.41