UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-61022-CIV-DIMITROULEAS/Snow

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOE subscriber assigned IP
address 174.48.171.41,

    Defendant.
_____/

## ORDER

THIS CAUSE is before the Court on the Defendant, John Doe's Motion to Quash Subpoena (DE 14), which was referred to Lurana S. Snow, United States Magistrate Judge. On July 17, 2013, the Court entered an order requiring the Plaintiff to respond to the motion on or before July 24, 2013. (DE 15) On July 24, 2013, the Plaintiff filed a notice advising the Court that the parties have reached a settlement and indicating that once the settlement documents are finalized, the Plaintiff will voluntarily dismiss this action. (DE 16) The Court notes that the Plaintiff did not file a response to the Defendant's motion, and assumes that the Plaintiff is no longer seeking to enforce the subpoena issued to the Defendant's internet service provider.

Being fully advised, it is hereby

ORDERED AND ADJUDGED that the Defendant, John Doe's Motion to Quash Subpoena (DE 14) is GRANTED BY DEFAULT.

DONE AND ORDERED at Fort Lauderdale, Florida, this 25th day of July, 2013.

*(signature)*
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:
All Counsel of Record and Pro Se Parties